| |
|---|
| **Matter of Tavitian** |
| 2025 NY Slip Op 31575(U) |
| April 28, 2025 |
| Surrogate's Court, New York County |
| Docket Number: File No. 2020-4113 |
| Judge: Hilary Gingold |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------X

Probate Proceeding,
Will of

File no. 2020-4113

ASSADOUR O. TAVITIAN,

**DECISION & ORDER**

Deceased.

----------------------------------------------------------------X

G I N G O L D, S .

This is a probate proceeding. Anahid Tatcheva, a post deceased distributee, passed away on November 18, 2022. The parties to this proceeding sought to substitute Anahid Tatcheva, for Anahid Hatzigeorgiou, as the fiduciary of the Estate of Anahid Tatcheva, deceased, pursuant to a stipulation dated April 14, 2023 and signed by counsel for petitioners and Raffi Tavitian. However, that stipulation was never presented to the Court to be so ordered.

Thereafter, an amended stipulation consenting to the substitution of Anahid Tatcheva for Anahid Hatzigeorgiou, as the fiduciary of the Estate of Anahid Tatcheva, deceased, dated June 5, 2023, was filed with the court. The amended stipulation was signed by counsel for the Public Administrator in addition to the parties to the prior stipulation. The amended stipulation was also never presented to the Court to be so ordered.

Relatedly, Anahid Hatzigeorgiou's counsel filed an affirmation with the Court in support of the proposed substitution, claiming that her substitution as the representative of the Estate of Anahid Tatcheva was proper because:

> Anahid (Hatzigeorgiou) is the fiduciary of the decedent's (Anahid Tatcheva) estate and the daughter of the decedent (Anahid Tatcheva) who was a person interested in and who appeared in the above-captioned proceeding; the decedent (Anahid Tatcheva) died on November 18, 2022 in her domicile, in the Republic of Bulgaria.
>
> ...
>
> Through Bulgarian counsel, Rumen Kotoff, Esq., [] the [Last Will and Testament of Anahid Tatcheva] was duly processed, without objection, and Anahid

Page 1 of 4

[* 1]

[Hatzigeorgiou] was officially designated as the sole heir of decedent's (Anahid Tatcheva) estate.

At a conference held before the Court on March 20, 2025, relatives of the decedent residing in Bulgaria named Desislava Dimitrova Stefanov, Teodora Kostova Tzoneva and Dimitar Dimitrov Tsonev ("Bulgarian family members") informally requested through counsel leave to file a motion to intervene in this proceeding, thus raising a dispute before the Court regarding Anahid Hatzigeorgiou's authority to act as the fiduciary of Anahid Tatcheva's Estate.

Under CPLR § 1015(a), "[i]f a party dies and the claim for or against him is not thereby extinguished the court shall order substitution of the proper parties." Since this proceeding was commenced, Anahid Tatcheva passed away. Although the parties to this proceeding have consented to the substitution of Anahid Tatcheva for Anahid Hatzigeorgiou as fiduciary of the Estate of Anahid Tatcheva, no motion for an order of substitution for the appropriate representative of the Estate of Anahid Tatcheva was made (see CPLR § 1021), nor were either of the parties' stipulations presented to this Court to be so-ordered. In light of the foregoing, and the Bulgarian family members' dispute as to whether Anahid Hatzigeorgiou has the authority to represent the Estate of Anahid Tatcheva, the court must stay these proceedings pursuant to CPLR § 1015(a), pending an appropriate motion to substitute pursuant to CPLR § 1021.

Petitioners' motion to strike discovery requests served by Raffi Melkon Tavitian dated October 1, 2021 and Anahid Tatcheva, by and through her attorney-in-fact, Anahid Hatzigeorgiou, dated August 27, 2021, and preclude further discovery, which has not yet been submitted, is marked off calendar. The motion may be restored upon the parties' so-ordered stipulation or further order of this Court.

Accordingly, it is hereby

[* 2]

**ORDERED** that this matter is stayed in light of the death of Anahid Tatcheva pending a motion to substitute pursuant to CPLR § 1021.

A copy of this order shall be emailed to counsel, whose names and email addresses appear at the foot of this order.

Dated: April 28, 2025

_____
**S U R R O G A T E**

**TO:**

**Meaghan Gragg, Esq.**
meaghan.gragg@hugheshubbard.com
**Parker F. Taylor, Esq.**
parker.taylor@katten.com
For Proponents/Prelim Executors: Joyce L. Barsam, Candace K. Beinecke and Catherine A. Gellert

**Jay W. Freiberg, Esq.**
jfreiberg@ef-law.com
**Yosef Rothstein, Esq.**
Yrothstein@ef-law.com
For Raffi Melkon Tavitian, paternal first cousin

**Charles C. Nicholas, Esq.**
c.nicholas@chesneynicholas.com
**Edward G. Bailey, Esq.**
ebailey@baileylawnyc.com
**Jeanne Forster, Esq.**
jforster@baileylawnyc.com
For Estate of Anahid Tacheva – post deceased first cousin – by Anahid Hatzigeorgiou (daughter of Anahid Tacheva – and purported fiduciary of the Estate of Anahid Tacheva)

**Rebecca Gideon, Esq.**
rebecca.gideon@ag.ny.gov
For NYS Attorney General

**Christian Staples, Esq.**
cstaples@opelllaw.com
For Public Administrator

**Neil Carbone, Esq.**
ncarbone@farrellfritz.com
**Brett Cahn, Esq.**
bcahn@farrellfritz.com
For parties looking to intervene on behalf of the Estate of Anahid Tacheva, other children and grandchildren of Anahid Tacheva

[* 4]